UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

ORLANDO CARTER,

        Plaintiff,

   v.

COMMISSIONER CHARLES FURMON, et al.,

        Defendants.

Case No. 1:18-cv-400

Black, J.
Bowman, M.J.

**REPORT AND RECOMMENDATION**

On June 7, 2018, Plaintiff Orlando Carter, a prisoner who proceeds *pro se* and who has frequently litigated in this Court, paid the requisite filing fee and filed a new complaint against multiple Defendants.[1]  (Doc. 1).  On July 11, 2018, the undersigned filed a Report and Recommendation ("R&R") recommending that Plaintiff's complaint be dismissed with prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B) and 28 U.S.C. § 1915A(b), for failure to state any federal claim, and further recommending that this Court decline to exercise supplemental jurisdiction over any related state-law claims. (Doc. 24). That R&R remains pending before the presiding district judge.

Close in time to when the referenced R&R was filed, Defendants filed two separate motions to dismiss, and a third group of Defendants filed a motion seeking leave to file their answer *instantur*.  The undersigned directed briefing on the three motions to be

---

[1] In addition to previously dismissed cases filed by Plaintiff, a Related Case Memorandum Order docketed on December 13, 2018 reflects a relationship between the above-captioned case and other cases currently being pursued by Plaintiff.

stayed. (Doc. 25).  Upon further consideration, the undersigned finds it more appropriate to recommend the denial of the pending motions as rendered moot by the R&R previously filed on July 11, 2018.

Accordingly, **IT IS RECOMMMENDED THAT** the three motions (Docs. 21, 22, 23) be **DENIED AS MOOT** without prejudice to renew should the presiding district judge reject the previously filed R&R.

  *s/ Stephanie K. Bowman*
Stephanie K. Bowman
United States Magistrate Judge

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

ORLANDO CARTER,

        Plaintiff,

   v.

COMMISSIONER CHARLES FURMON, et al.,

        Defendants.

Case No. 1:18-cv-400

Black, J.
Bowman, M.J.

**NOTICE**

Pursuant to Fed. R. Civ. P 72(b), any party may serve and file specific, written objections to this Report and Recommendation ("R&R") within **FOURTEEN (14) DAYS** of the filing date of this R&R. That period may be extended further by the Court on timely motion by either side for an extension of time. All objections shall specify the portion(s) of the R&R objected to, and shall be accompanied by a memorandum of law in support of the objections. A party shall respond to an opponent's objections within **FOURTEEN (14) DAYS** after being served with a copy of those objections. Failure to make objections in accordance with this procedure may forfeit rights on appeal. *See Thomas v. Arn,* 474 U.S. 140 (1985); *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981).

3