IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Orlando Carter,

    Plaintiff(s),

vs.

Commissioner Charles Furmon, et al.,

    Defendant(s).

Case Number: 1:18cv400

Judge Susan J. Dlott

## ORDER

The Court has reviewed the Report and Recommendation of United States Magistrate Judge Stephanie K. Bowman filed on December 18, 2018 (Doc. 38), to whom this case was referred pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired January 2, 2019, hereby ADOPTS said Report and Recommendation.

Accordingly, the three motions (Docs. 21, 22, and 23) are DENIED AS MOOT without prejudice.

IT IS SO ORDERED.

*Susan J. Dlott*
Judge Susan J. Dlott
United States District Court