IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Orlando Carter,

      Plaintiff(s),

vs.

Commissioner Charles Furmon, et al.,

      Defendant(s).

Case Number: 1:18cv400

Judge Susan J. Dlott

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on July 11, 2018 a Report and Recommendation (Doc. 24). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 30), and defendants filed a response to the objections (Doc. 31). The respondent, the United States filed a statement of interest (Doc. 32).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendation should be adopted.

Accordingly, plaintiff's claims under *Bivens* ( Claims One, Two and Three), §1981 (Claim Seventeen), §1983 (Claims Four and Twenty), §1985 (Claim Eight), and §1986 (Claim Nine), pursuant to 28 U.S.C. §§1915(e)(2)(B) and 1915A(b)(1), are DISMISSED because plaintiff has failed to state claim upon which relief may be granted.

The Court DISMISSES without prejudice plaintiff's claims for injunctive relief (Claims Five and Nineteen) and plaintiff's claim for declaratory relief (Claim Six).

The Court DECLINES to exercise supplemental jurisdiction over plaintiff's remaining state-law claims (Claims Seven, Ten through Sixteen, Eighteen, and Twenty-One through Twenty-Four) and DISMISSES these claims without prejudice.

The Court certifies pursuant to 28 U.S.C. §1915(a)(3) that an appeal of any Order adopting the Report and Recommendation will not be taken in faith, therefore plaintiff is DENIED leave to appeal *in forma pauperis*. See *McGore v Wrigglesworth*, 114 F.3.d 601 (6th Cir. 1997).

IT IS SO ORDERED.

_____
Judge Susan J. Dlott
United States District Court